IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **LAURA ANN BASDEN, Individually and on behalf of the Estate of STEVEN MICHAEL BASDEN, ET AL.,** *Plaintiffs,* § § § § § | |
| **v.** § | NO. MO:24-CV-00310 |
| § **KING COBRA SERVICES, LLC, ET AL.,** *Defendants.* § § § | |

## ORDER

Before the Court is the Parties' Agreed Stipulation of Dismissal Without Prejudice (Doc. 29) filed March 19, 2025. The parties agree and stipulate that Plaintiffs' claims against Defendant' should be dismissed without prejudice. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action upon filing a stipulation of dismissal signed by all parties who have appeared. The Plaintiff has done so. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). The request to dismiss all claims against Defendants is hereby **GRANTED**.

The Court therefore **ORDERS** that the Clerk of Court **CLOSE** this action. Each party shall bear and pay their respective attorney fees and costs herein.

It is so **ORDERED**.

SIGNED this 20th day of March, 2025.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE